No. 734. HARD v. CIVIL AERONAUTICS BOARD. The motion for leave to file brief of Air Line Pilots Association, International, as *amicus curiae,* is granted. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied. *George F. Archer* for petitioner. *Solicitor General Rankin* for respondent. *Lloyd Fletcher* filed a brief for the Air Line Pilots Association, International, in support of the petition for a writ of certiorari.

No. 9, Misc. McKINLEY v. RAGEN, WARDEN. Circuit Court of DuPage County, Illinois. Certiorari denied. Petitioner *pro se. Latham Castle,* Attorney General of Illinois, for respondent.

No. 11, Misc. ORTEGA v. OLSEN, CLERK, CRIMINAL COURT OF COOK COUNTY, ILLINOIS, ET AL. C. A. 7th Cir. Certiorari denied. Petitioner *pro se. Benjamin S. Adamowski* for respondents.

No. 197, Misc. CARROLL v. CALIFORNIA. Supreme Court of California. Certiorari denied. Petitioner *pro se. Edmund G. Brown,* Attorney General of California, and *Doris M. Maier,* Deputy Attorney General, for respondent.

No. 219, Misc. RICHARDSON v. MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 251, Misc. KIEVER v. MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 252, Misc. WALKER v. MICHIGAN. Supreme Court of Michigan. Certiorari denied.